MARTHA M. BEIERWALTER, as Administratrix, etc., of EDWARD BEIERWALTER, Deceased, Plaintiff, v. C. P. WARD, INC., MACK JOHNSON, INTERNATIONAL HARVESTER COMPANY and CHARLES MINNAMON, Defendants.— Plaintiff's exceptions overruled and motion for a new trial denied, with costs, and judgment ordered for the defendants on the direction of a verdict, with costs. Memorandum: We find no substantial evidence to show that any of the defendants were in control of the operation of moving the dredge. It was an undertaking of the intestate's employer and in carrying out that operation we find no evidence of negligence on the part of any of the defendants. No commands were given by any of the defendants as to the position of the plaintiff's intestate or the manner in which he was to perform the function in which he was engaged at the time of his injury. All concur. (The exceptions were taken to rulings on the trial resulting in a verdict for defendants in a negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LESSER, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York, Respondent.— Order affirmed, without costs. Memorandum: The learned trial justice at Special Term has rendered an able opinion on this proceeding and we base our decision on the principles which he states therein. Further, we note that the question whether there should have been an examination of witnesses upon the motion for a new trial was necessarily before the court on its review of the order denying the motion when it was held that the motion for a new trial was properly denied. We, therefore, find no jurisdictional irregularity in the proceedings resulting in the commitment on which the relator is held. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ. [171 Misc. 640.]